# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    NO. 4:99CR00207-002 SWW

FRENANDO SAMPSON, JR.

### ORDER

This matter is before the Court on the government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  After statements on the record, the Court again will continue this matter for a period of SIXTY DAYS to see how defendant will comply with conditions of release.

IT IS THEREFORE ORDERED that the hearing on the government's motion to revoke supervised release is continued for SIXTY DAYS, and defendant's supervised release shall be modified to include the following:

1. Defendant shall not drink alcohol and shall go to Alcoholics Anonymous meetings at the direction of the U. S. Probation Officer; and shall attend any other such meetings and participate in any other drug or alcohol treatment program as directed by the Probation Office.

2. Defendant shall go to work immediately and work full-time (40 hours per week), if possible.

All other conditions of defendant's supervised release previously imposed shall continue and remain in full force and effect.

Defendant shall be released from custody of the United States Marshal immediately, and a hearing on revocation of supervised release in this matter is continued and rescheduled for **Wednesday, July 5, 2006, at 1:00 p.m.**, in Room #530, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas.

IT IS SO ORDERED this 2nd day of May, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT COURT