**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                        NO.  4:99CR00207-002 SWW

FRENANDO SAMPSON, JR.

<u>**ORDER**</u>

The above entitled cause came on for hearing on the government's motions to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Upon the basis of statements on the record, the Court found that defendant has violated his conditions of supervised release without just cause after being given a 60-day period to come into compliance.  However, the Court has determined that defendant's supervised release should not be revoked at this time but instead will modify the conditions of his supervised release.

IT IS THEREFORE ORDERED that defendant's term of supervised release shall be modified to include the following special condition:

1.    Defendant shall be placed in a half-way house for a period of SIX (6) MONTHS and recommends City of Faith where defendant shall find employment with their assistance.  The Court recommends that defendant participate in drug treatment, if available, or counseling sessions, and that he attend AA meetings.  Defendant is to refrain from using alcohol and unlawful substances.

All other conditions of defendant's supervised release previously imposed shall continue and remain in full force and effect until the expiration of his term of supervised release.

The Court reminds defendant that any further violation of the terms of his supervised release could result in revocation of supervised release.

Defendant shall report to the half-way house as soon as practicable following one week from the date of this order as directed.

IT IS FURTHER ORDERED that the government's motions (Docs. #164 and #171) to revoke defendant's supervised release are dismissed without prejudice.

IT IS SO ORDERED this 11th day of July, 2006.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE